UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-3296-ABC (MANx) | Date | June 5, 2009 |
|---|---|---|---|
| Title | *Mark T. Henze, et al. v. Rick Gilliland, et al.* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Margaret Kathryn Maas<br>Stephen F. Rohde | Julie R. Beaton<br>Edwin J. Richards |

**Proceedings:**     Further Settlement Conference

The case is called. Margaret Kathryn Maas, of the Margaret Kathyrn Maas Law Offices, appears on her own behalf as plaintiff and on behalf of co-plaintiff Mark T. Henze, along with Stephen F. Rohde, of Rohde & Victoroff. who appears as lead counsel on behalf of both plaintiffs. Edwin J. Richards and Julie R. Beaton, of Kutak Rock LLP, appears on behalf of defendants, along with Rick Gilliland, an individual defendant who also appears on behalf of defendant Coastal Animal Services Authority of which he is General Manager; and client representatives Pall Gudgeirsson, Assistant City Manager/City Treasurer of defendant City of San Clemente, and Sam Penrod, Human Resources Manager of defendant City of San Clemente; and Dwight J. Kunz, J.D., Assistant Vice President of Carl Warren & Company, claims management for the Cities of Dana Point and San Clemente.

The further settlement conference is conducted off the record.

The case is recalled. A settlement in principle has been reached, subject to the San Clemente City Council's enactment of a revised animal control regulations ordinance in substantially the same form as the parties have agreed and approval of the settlement by the California Joint Powers Insurance Authority. The essential terms and conditions of the settlement are recited on the record. Counsel shall lodge a Stipulation of Dismissal by no later than September 15, 2009. If the Stipulation of Dismissal is not lodged by that date, counsel are ordered to contact the Court Clerk at (213) 894-8285 to notify the Court why that Stipulation has not been filed.

cc:     All parties of record

                                                                                10  :  45

                                                            Initials of Preparer     efc